

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00003-CV

———————————————

IN RE DALE E. BEHAN AND LINDA BEHAN, Relators

---

Original Proceeding
415th District Court of Parker County, Texas
Trial Court No. CV25-1372

---

Before Kerr, Womack, and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: January 5, 2026